Catherine Fox and Others, Appellants, v. Samuel N. Hawkins, Respondent.— Motion for reargument denied, without costs. Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

Rosa Gunderson, as Administratrix, etc., Appellant, v. Roebling Construction Company, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Jenks. P. J., Burr, Thomas, Rich and Stapleton, JJ.

In the Matter of the Application of the City of New York, Relative to Acquiring Title to Remsèn Avenué from Utica Avenue to Carnarsie Bay Park, etc. (Appeal No. 1.) — Motion denied, without costs. Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.

In the Matter of the Application of the City of New York, Relative to Acquiring Title to Remsen Avenue from Utica Avenue to Canarsie Bay Park, etc. (Appeal No. 2.) — Motion denied, without costs. Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.

Harry Marra, Plaintiff, v. The New York Central and Hudson River Railroad Company, Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Thomas, Rich and Stapleton, JJ.; Burr, J., not voting.

McLeer Electric and Manufacturing Company, Plaintiff, v. Palmer & Singer Manufacturing Company, Defendant.— Motion for stay granted upon condition that appellant execute and file within twenty days a bond in the sum of $15,000, to secure plaintiff for any judgment that may be recovered against defendant. Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ. Order to be settled before Mr. Justice Stapleton.

The People of the State of New York, Respondent, v. Minnie Fucillo, Appellant.— Motion to dismiss appeal granted. Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.

The People of the State of New York, Respondent, v. Elizabeth Hatton, Appellant.— Motion to dismiss appeal granted. Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.

The People of the State of New York, Respondent, v. Morris Jacobs, etc., Appellant.— Motion granted. Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.

The People of the State of New York, Respondent, v. Alexander Salavanno, Appellant.— Motion to dismiss appeal granted. Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.

The People of the State of New York, Respondent, v. Frank Shulse, Appellant.— Motion to dismiss appeal granted. Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.

The People of the State of New York ex rel. Ralph Allocca, Appellant, v. The Warden of the City Prison, Respondent.— Motion to dismiss appeal granted. Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.

The People of the State of New York on Complaint of Estelle Damsky, Respondent, v. Julius Cohen, Appellant.— Motion denied upon condition that appellant serve his case, place the same on the next calendar, and be ready for argument when reached; otherwise, motion granted. Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.